FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY R. BOWHAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. CV 12-2506 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: March 5, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE